

**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 East 45ᵀᴴ Street, Suite 1700-B
New York, NY 10017
Tel: (212) 931- 6530
Fax: (212) 898 - 0163
www.shirianpc.com

MARK D. SHIRIAN
MSHIRIAN@SHIRIANPC.COM

July 17, 2024

**VIA ECF**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Initial conference is adjourned from July 29, 2024 to August 28, 2024 at 12:00 p.m.  The conference will proceed telephonically.    Dial-In No.:  1-888-363-4749, Access Code:  3667981.
SO ORDERED.
Dated:  7/18/2024

P. Kevin Castel
United States District Judge

Re: Doe v. Lauper, 1:24-cv-04075-PKC

Dear Judge Castel:

My office represents the Plaintiff in the above-captioned matter. In accordance with the Court's Order dated June 3, 2024, Your Honor directed the parties to submit a joint-letter five business days prior to the Initial Pretrial Conference, presently scheduled for July 29, 2024, at 11:30 AM.

I am writing on behalf of the Plaintiff, Jane Doe, to respectfully request an adjournment of this conference.

The Defendant, Declyn Wallace Thornton Lauper, was served on July 5, 2024, and his answer is not due until July 26, 2024. Given that the deadline for a joint letter ahead of the Initial Pretrial Conference is scheduled prior to the Defendant's deadline to answer the Complaint, we are unable to comply with the Court's June 3, 2024 Order requiring the parties to submit a joint letter five business days before the conference. The Order requires the joint letter to address, among other things, the factual and legal bases for the defense, which cannot be adequately provided until after the Defendant has filed an answer.

Furthermore, at this time, we have not received an appearance or any communication from counsel representing the Defendant.

An adjournment would allow the parties to have a more meaningful discussion at the Initial Pretrial Conference, as we would have a clearer understanding of the issues in dispute after the Defendant's answer has been filed and would be able to fulfill the requirement for a joint letter.



**MARK DAVID SHIRIAN P.C.**
ATTORNEYS AT LAW

MARK DAVID SHIRIAN P.C.

228 EAST 45TH STREET, SUITE 1700-B
NEW YORK, NY 10017
TEL: (212) 931- 6530
FAX: (212) 898 - 0163
WWW.SHIRIANPC.COM

MARK D. SHIRIAN
MSHIRIAN@SHIRIANPC.COM

I respectfully request that the Court adjourn the Initial Pretrial Conference to a date after the Defendant's answer is due, which would then allow the parties to comply with the Court's Order regarding the joint letter.

Thank you for your consideration of this request. This is Plaintiff's first request for an adjournment of the Initial Conference.

Respectfully,

Mark D. Shirian