**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JANE DOE,

          Plaintiff,

          -against-

DECLYN WALLACE THORNTON LAUPER,

          Defendants.

-------------------------------------------------------------x

24-CV-4075 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of Defendant's pending bankruptcy proceeding (*In re Declyn Wallace Thornton Lauper*, 25-10178-pb (Bankr. S.D.N.Y.)), this action is automatically **STAYED** pursuant to 11 U.S.C. § 362. Defendant is directed to file a letter regarding the status of the bankruptcy proceeding on **Thursday, May 1, 2025, and every 90 days thereafter**.

      SO ORDERED.

Dated: February 6, 2025
       New York, New York

                                       *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                United States Magistrate Judge