**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
JANE DOE,

                Plaintiff,

                -against-

DECLYN WALLACE THORNTON LAUPER,

                Defendant.

---------------------------------------------------------------x

24-CV-4075 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 25 and 26.

In light of Defendant's bankruptcy discharge (*In re Declyn Wallace Thornton Lauper*, 25-10178-pb (Bankr. S.D.N.Y.)), the parties are directed to file a joint letter not later than **AUGUST 19, 2025** reporting the status of the case. Unless this action will be dismissed due to the bankruptcy discharge, parties shall also include proposed conference dates for September or October and a revised discovery and motion schedule.

      **SO ORDERED.**

                                                                      *s/ Ona T. Wang*

Dated: August 5, 2025                                        **Ona T. Wang**
      New York, New York                    United States Magistrate Judge