UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
JANE DOE,                                                    :
                                                             :
                              Plaintiff,                 :        24-CV-4075 (OTW)
                                                             :
                          -against-                    :        **ORDER**
                                                             :
DECLYN WALLACE THORNTON LAUPER,                              :
                                                             :
                          Defendant.                  :
                                                             :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 29 – 31.

The Plaintiff's application for an extension to respond to ECF 27 is **GRANTED** *nuc pro tunc*. The parties are directed to file a joint response as directed in ECF 27 no later than **September 2, 2025**. If the parties cannot agree on a joint letter, the Plaintiff is to file a letter with the Court reporting whether they consent to dismissing the case. If the parties do not consent to dismissing the case, the Court will issue a short briefing schedule for a motion to dismiss at that time.

It is **FURTHER ORDERED** that the case remains **STAYED** until **September 2, 2025**.

The Clerk of Court is respectfully directed to close ECF 29.

**SO ORDERED.**

                                                                               *s/ Ona T. Wang*
Dated: August 20, 2025                               **Ona T. Wang**
       New York, New York                      United States Magistrate Judge