**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
JANE DOE,                                                   :
                                                            :
                Plaintiff,                                  :     24-CV-4075 (OTW)
                                                            :
        -against-                                           :     ORDER
                                                            :
DECLYN WALLACE THORNTON LAUPER,                             :
                                                            :
                Defendant.                                  :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

On July 23, 2025, Defendant informed the Court that that he had received a discharge in bankruptcy (ECF 25), which he claims must result in a dismissal of the case. (ECF 34). Plaintiff disagrees. (ECF 33).

The parties are directed to brief this limited issue on the following schedule:

- Defendant's Motion to Dismiss – No later than **September 10, 2025**,
- Plaintiff's Opposition – No later than **September 17, 2025**;
- Defendant's reply – No later than **September 24, 2025**.

It is **FURTHER ORDERED** that the case remains **STAYED** until **September 24, 2025**.

**SO ORDERED.**

Dated: September 3, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge