**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JANE DOE,

                      Plaintiff,

        -against-                                            24 **CIVIL** 4075 (OTW)

                                                                  <u>**JUDGMENT**</u>

DECLYN WALLACE THORNTON LAUPER,

                      Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated October 17, 2025, allegations involving sexual assault are serious and survivors deserve to be heard; however, because of Defendant's bankruptcy discharge, the Court no longer has subject matter jurisdiction to hear this case. Plaintiff's counsel knew about the bankruptcy petition and did not ask the Bankruptcy Court to exempt the Plaintiff's claim from Defendant's discharge Order or seek an extension of the deadline to do so. Now, the deadline has passed. Neither the Federal Rules of Bankruptcy Procedure or the Bankruptcy statutes permit this Court, or even the Bankruptcy Court itself, from extending that deadline if Plaintiff's counsel had notice of the creditors' meeting. Since this claim was not exempted in Defendant's bankruptcy discharge Order, this Court can no longer enter any judgment against the Defendant and this case is mooted. Accordingly, this case must be **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(b)(3).

**Dated:**  New York, New York

        October 17, 2025

                                                **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

               **BY:**            K. Mango

                                  _____
                                      **Deputy Clerk**